UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIAN JAMES,<br><br>      Plaintiff,<br><br>  -against-<br><br>POLICE LIEUTENANT KELLY,<br><br>      Defendant. | 22-CV-9560 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for *pro se* litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

  **Pursuant to the mailing sent to Plaintiff on January 23, 2023, the Clerk of Court is directed to terminate ECF 15.** The Clerk of Court is also directed to mail Plaintiff copies of this order, the updated docket sheet, and the Court's Individual Rules and Practices (civil and *pro se* rules).

  Plaintiff has filed an excessive volume of letters with the Court. Plaintiff is advised that repeating allegations already made in the Complaint or in prior filings does not assist the Court. Plaintiff's submissions are most helpful when filed as directed by the Federal Rules of Civil Procedure, the Court's Individual Rules, or when otherwise ordered by the Court.

Dated: July 26, 2023
   New York, New York

                  SO ORDERED.

                  *Jessica Clarke*

                  JESSICA G. L. CLARKE
                  United States District Judge