UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN JAMES,

                            Plaintiff,

             -against-

POLICE LIEUTENANT KELLY,

                          Defendant.

22-CV-9560 (JGLC)

**<u>VALENTIN ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Julian James, who is currently incarcerated at **Clinton Correctional Facility, P.O. Box 200, Dannemora, NY 12929**, brings this *pro se* action, pursuant to 42 U.S.C. § 1983, alleging Police Lieutenant Kelly, employed by the New York City Police Department, violated his rights.

Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. The Complaint supplies sufficient information to permit the New York City Police Department to identify the Police Lieutenant Kelly described by Plaintiff. In his complaint, Plaintiff identified Defendant's address as New York City Police Department, 44th Precinct, 2 East 169th Steeet, Bronx, NY 10452-7800. The United States Marshals Service unsuccessfully attempted to serve Defendant at that address on January 9, 2023, indicating that Defendant does not appear to work at the 44th Precinct. It is therefore ORDERED that the New York City Law Department, who is the attorney for and agent of the New York City Police Department, shall ascertain the identity of the Police Lieutenant Kelly whom Plaintiff seeks to sue here and the address where this Defendant may be served. **The New York City Law Department shall provide this information to Plaintiff and the Court within 30 days of the date of this Order.**

## CONCLUSION

The Clerk of Court shall serve a copy of this Order and the Complaint on the New York

City Law Department at: 100 Church Street, New York, NY 10014.

Dated:  August 31, 2023
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge