UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN JAMES,

                        Plaintiff,

-against-

POLICE LIEUTENANT KELLY,

                        Defendant.

22-CV-9560 (JGLC)

**VALENTIN ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On August 31, 2023, the Court ordered the New York City Law Department (the "Law Department"), who is the attorney for and agent of the New York City Police Department, to ascertain the identity of the Police Lieutenant Kelly whom Plaintiff seeks to sue here and the address where this Defendant may be served. ECF No. 43 ("Valentin Order"). The Court ordered the Law Department to provide this information to Plaintiff and the Court no later than October 2, 2023. *Id*. As of the date of this Order, the Law Department has not provided the Court with this information. Accordingly, the Law Department is ordered to comply with the Court's Valentin Order and provide the information specified therein no later than **October 31, 2023**. Continued violation of court orders may result in result in sanctions.

      The Clerk of Court shall serve via certified mail a copy of this Order and the Complaint on the New York City Law Department at: 100 Church Street, New York, NY 10007.

Dated: October 11, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge