UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___ 1/11/2024
```

JULIAN JAMES,

                                    Plaintiff,                    **22-CV-9560 (JGLC)(SN)**

                -against-                                         **ORDER**

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Plaintiff and the City of New York, an interested party, are ORDERED to appear by telephone on January 16, 2024, at 11:00 a.m. to discuss the next steps in this case. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The Warden at the Clinton Correctional Facility is directed to make any necessary arrangements for the Plaintiff to appear remotely for the conference. The City of New York is directed to provide this order to the Clinton Correctional Facility and confirm that Plaintiff will be produced for the conference.

**SO ORDERED.**

                                    SARAH NETBURN
                                    United States Magistrate Judge

DATED:      January 11, 2024
            New York, New York