```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JULIAN JAMES,

                                    Plaintiff,                      22-CV-9560 (JGLC)(SN)

      -against-                                                 **ORDER**

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                                  Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed during the telephone conference on January 16, 2024, the City of New York, an interested party, is directed to file a letter by Friday, January 19, 2024, notifying the Court whether it will accept service of the second amended complaint on behalf of Defendants Police Officer Kevin Leonard and Steven Ramunno. If the City of New York will accept service, it shall propose a reasonable date by which to respond to the pleading. If the City of New York will not accept service, it shall provide the precise address of the 44th Precinct of the New York City Police Department so that the U.S. Marshals Service can effectuate service on the Defendants.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      January 16, 2024
                 New York, New York