UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIAN JAMES,

                      **Plaintiff,**                    22-CV-9560 (JGLC)(SN)

    -against-                                     **ORDER**

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                      **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 24, 2024, the Court ordered the United States Marshal Service ("USMS") to serve Defendants Police Officer Kevin Leonard and Detective Steven Ramunno. In light of the significant delays in the case, the Court requested that the USMS effect personal service, rather than service by mail, which is the ordinary (and less expensive) practice. Despite the tax on resources, a United States Deputy Marshal attempted personal service as requested, only to learn that neither officer is currently assigned to the 44th Precinct.

      This wasteful frolic was due to the representations from Senior Counsel at the Office of the Corporation Counsel. On January 19, 2024, Senior Counsel informed the Court that "[u]pon information and belief, both Officer Leonard and Detective Rammuno[1] are assigned to the 44th Precinct, and their proper service address is: 44th Precinct, 2 East 169th Street, Bronx, New York 10452." ECF No. 75. That information is no longer accurate.

---

[1] In her January 19, 2024 letter, Senior Counsel spells the Defendant's name as both Ramunno and Rammuno. ECF No. 75. Because the (2d) Amended Complaint lists his name as Ramunno, the Court will use that spelling unless otherwise indicated by the Office of the Corporation Counsel.

Accordingly, Senior Counsel is ORDERED to file a sworn declaration stating (1) what Counsel did to inform her "information and belief" as to the Defendants' assignments; (2) when that inquiry was made; (3) where Defendants are currently stationed; and (4) when their assignment from the 44th Precinct changed. The declaration shall be filed by Wednesday, February 14, 2024.

Upon receipt of the new NYPD assignment, the Court will again request that the USMS deploy its resources to serve these defendants. If service at their place of employment is not successful, Senior Counsel shall be prepared to provide the Court with these defendants' residential addresses so that service can be effected there.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 12, 2024
         New York, New York