UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/16/2024
```

JULIAN JAMES,

                                       **Plaintiff,**                          **22-CV-9560 (JGLC)(SN)**

                    -against-                                                          **ORDER**

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                                       **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The City of New York, through the Office of the Corporation Counsel, represents that

Defendant Officer Kevin Leonard is no longer employed by the New York City Police

Department as of January 29, 2024. By no later than Friday, February 23, 2024, the City shall

either accept service on his behalf or file, *ex parte* and under seal, Defendant Leornard's

residential address so that he may be promptly served.

        The City of New York further represents that Defendant Detective Steven Ramunno's

permanent command remains the 44th Precinct but that he is on temporary assignment with the

Patrol Borough Bronx Community Response Team ("PBBX CRT"). This is why service by the

United States Marshals Service was rejected when the Deputy Marshal attempted personal

service at the 44th Precinct. To "avoid further miscommunications," the City states that a Sargent

Ortega from the NYPD Legal Bureau will facilitate service at the 44th Precinct and requests

permission to file Sargent Ortega's contact information under seal. Despite the City offering no

explanation as to why this contact information must be filed under seal, the Court grants the City

leave to file Sargent Ortega's contact information under seal.

By no later than Tuesday, February 20, 2024, the City shall either accept service on behalf of Defendant Ramunno or file, under seal, Sargent Ortega's contact information. The Court will personally contact Sargent Ortega to avoid any further delays or burden on the USMS.

Finally, the Court notes that Plaintiff Julian James has filed numerous letters with the Court. The Court reviews each letter; if they contain an urgent matter, the Court will address the issue. The letters, however, have not required immediate attention but they do require significant time to review. It is requested that, unless there is an urgent matter requiring immediate attention, Plaintiff should not file regular letters with the Court. Once the Defendants have appeared in the action, the Court will immediately schedule a conference and set pretrial deadlines.

## CONCLUSION

As set forth in this Order, the City of New York shall act with respect to Defendant Ramunno by Tuesday, February 20, 2024, and with respect to Defendant Leonard by Friday, February 23, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 16, 2024
           New York, New York

2