UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIAN JAMES,

                      Plaintiff,

        -against-

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                      Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/07/2023

22-CV-09560 (JGLC)(SN)

**ORDER OF SERVICE**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 7, 2024, I personally served the Defendants by hand-delivering the summons and complaint to Sergeant Ortega, an agent authorized to accept service on behalf of the Defendants. Accordingly, the Defendants' answer or other response to the complaint must be filed on or before March 28, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i). In light of the significant difficulties that the Court has experienced effecting service of the Defendants, no extensions in the time to answer or otherwise respond will be granted.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    March 8, 2024
                New York, New York