UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIAN JAMES,

                              **Plaintiff,**                          22-CV-9560 (JGLC)(SN)

       -against-                                                          <u>**ORDER**</u>

POLICE OFFICER KEVIN LEONARD and
STEVEN RAMUNNO,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendants filed a motion for summary judgment on March 20, 2025. Defendants submitted exhibits to chambers in the form of a USB drive that is password-protected. The Court can only access USB drives that do not have any security measures. Defendants are directed to re-submit their exhibits on a USB without any security measures.

       There is no indication in Defendants' letter that they served a copy of this USB drive on Plaintiff. Defendants are ORDERED to send Plaintiff a copy of the USB by mail and file proof of service on the docket.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     April 14, 2025
                 New York, New York