```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIAN JAMES,

                              **Plaintiff,**

              -against-

**POLICE OFFICER KEVIN LEONARD** and
**STEVEN RAMUNNO,**

                              **Defendants.**

-----------------------------------------------------------------X

22-CV-9560 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       Defendants filed a motion for summary judgment on March 20, 2025. ECF No. 121. The Court issued an Order on March 28, 2025, reminding Plaintiff that his deadline to oppose the motion was April 21, 2025. ECF No. 127. As of the filing of this Order, Plaintiff has not filed an opposition brief. Plaintiff is ORDERED to file his opposition brief by May 1, 2025. If Plaintiff does not file an opposition brief by May 1, 2025, the Court will consider the Defendants' motion for summary judgment unopposed.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:     April 24, 2025
               New York, New York